UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| VICENTE HERNANDEZ MELCHI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00488-JRO-MKK |
| | ) | |
| BRISON SWEARINGEN in his official capacity as Sheriff of the Clay County Justice Center, FIELD OFFICE DIRECTOR in his or her official capacity as Field Office Director of the Chicago Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security, DAVID J. VENTURELLA in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, MARKWAYNE MULLIN in his official capacity as Secretary, U.S. Department of Homeland Security, U.S. Attorney General TODD BLANCHE in his official capacity as Acting Attorney General of the United States, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER TO SHOW CAUSE**

The Court, having considered the above action and the matters pending, makes the following rulings:

1.     To promote efficient briefing of this action, the petitioner is encouraged to provide a courtesy copy of the petition and any exhibits, along with a copy of this Order, to the following:

1

- Shelese Woods, Assistant U.S. Attorney – shelese.woods@usdoj.gov
- Liberty L. Roberts, Church Church Hittle & Antrim – lroberts@cchalaw.com

These individuals **may** be willing to waive formal service under Rule 4 of the Federal Rules of Civil Procedure on behalf of their client(s).

2.  If counsel noted in paragraph 1 does not agree to waive service, the petitioner is directed to serve a copy of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the respondents, consistent with Rule 4.  Along with the Petition and any exhibits, service must also include a copy of this Order.

3.  The respondents will have **seven days from the date service is made or waived** to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted.  The petitioner will have **four days after service of the answer** to reply.

4.  Any answer(s) to the Petition and any reply to any answer(s) shall include a fulsome discussion of the following:

   a. whether there is a concrete and actual threat of transfer from this judicial district or change in Petitioner's immediate custodian such that Petitioner's request for an "[o]rder that Petitioner not be transferred outside of this District," dkt. 1 at 31, is ripe for adjudication;

   b. ***every*** legal argument and claim presented by the Petitioner.  If Respondents require additional time to prepare a complete response to the Petition, or Petitioner requires additional time for reply, the Court will entertain a motion for a reasonable

enlargement of time to comply with this Order upon a showing of good cause.

**SO ORDERED.**

Date: 7/14/2026

_____

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

3