UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| VICENTE HERNANDEZ MELCHI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00488-JRO-MKK |
| | ) | |
| BRISON SWEARINGEN in his official capacity as Sheriff of the Clay County Justice Center, FIELD OFFICE DIRECTOR in his or her official capacity as Field Office Director of the Chicago Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security, DAVID J. VENTURELLA in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, MARKWAYNE MULLIN in his official capacity as Secretary, U.S. Department of Homeland Security, TODD BLANCHE in his official capacity as Acting Attorney General of the United States, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER FOR SUPPLEMENTAL BRIEFING**

A panel of the United States Court of Appeals for the Seventh Circuit recently held that "[a]liens present in the country without admission and not 'seeking admission' fall under Section 1226, not Section 1225(b)(2)(A) [of the INA], and are eligible for bond hearings subject to the INA's other requirements." *Rojas v. Olson*, No. 25-3127, --- F.4th ---, 2026 WL 2198315, at *2 (7th Cir. July 30, 2026). The Seventh Circuit further held that the ordinary meaning of

"seeking admission" cannot, as a factual matter, describe aliens who "entered the United States without admission or parole . . . making [them] 'inadmissible'" and, thus, "can only seek to remain in the United States through other forms of relief that are *not* admission." *Id.* at *7. Respondents are therefore **ORDERED** to state by **August 5, 2026**, their position concerning whether, based on *Rojas*, Petitioner is entitled to relief and, if so, the nature of that relief. If Petitioner opposes Respondent's position, he may file a response within **three (3) days** of the Respondents' brief(s).

**SO ORDERED.**

Date: 7/31/2026

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

2